UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

           Plaintiff,

- against -

VAMCO SHEET METALS, INC.,

           Defendant.
------------------------------------X

CIVIL ACTION NO.
13-cv-6088 (JPO)

NOTICE OF MOTION
TO INTERVENE AS
PLAINTIFFS-INTERVENORS

To:   Thomas Lepak, Esq.
      Nora Curtain, Esq.
      Equal Employment Opportunity Commission
      33 Whitehall Street, 5th Floor
      New York, NY 10004
      Attorney for Plaintiff EEOC
      *(Via ECF)*

      Christopher Massaroni, Esq.
      Glen Doherty, Esq.
      Jacob Lamme, Esq.
      McNamee, Lochner, Titus & Williams, P.C.
      677 Broadway
      Albany, New York 12201
      Attorney for Defendant
      *(Via ECF)*

      Please take notice that, for the reasons set forth in the accompanying Memorandum of Law of Plaintiffs-Intervenors In Support of Their Motion to Intervene, the undersigned hereby makes a motion on behalf of Plaintiffs-Intervenors Keisha Watkins, Anna Quitoriano, Nilsa Lopez and Melanie DeMicco to intervene in the above-captioned matter pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and to file the Complaint of Plaintiffs-Intervenors Keisha

Watkins, Anna Quitoriano, Nilsa Lopez and Melanie DeMicco, which is annexed hereto as <u>Attachment A.</u>

Dated: December 19, 2013
New York, NY

Respectfully submitted,

Legal Momentum

By: _____

Michelle A. Caiola (MC2110)
Acting Litigation Director

New address as of 01/01/2014
5 Hanover Square, Ste. 1502
New York, NY 10004
T: 212-413-7534
mcaiola@legalmomentum.org

Attorney for Plaintiffs-Intervenors
